1  Don A. Anderson  SBN 141947
   Attorney at Law
2  485 North Main Street
   Lakeport, CA  95453
3  (707) 263-1775

4  Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAVON MARIE VESTAL Individually and as successor-in-interest to the Estate of DAVID VESTAL and as Guardian ad litem of the minor JADIN MAKAI VESTAL, and SEAN PAUL BREMER, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF CLEAR LAKE, CITY OF CLEAR LAKE POLICE DEPARTMENT, ALLAN McCLAIN, in his capacity as Clear Lake Police Department's police Chief, OFFICER MICHAEL HANSEN, and DOES 1 through 50 inclusive. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NUMBER <br><br> PETITION AND ORDER FOR APPOINTMENT OF GUARDIAN AD LITEM |

Petitioner, Shavon Marie Vestal, alleges:

1. Jadin Makai Vestal is a minor who is four years of age.

2. Jadin Makai Vestal has a cause of action against the above-named defendants arising out of the death of David Vestal, on June 30, 2008.

3. Jadin Makai Vestal has no general guardian and no previous petition for appointment of a guardian ad litem has been filed in this matter.

4. Petitioner, whose address is 5645 Old Highway 53 #16 Clearlake, CA 95422, is the natural mother of Jadin Makai Vestal, and is competent and responsible person, and fully competent to act as guardian ad litem.

5. Petitioner is willing to act as guardian ad litem for Jadin Makai Vestal, as appears by the consent attached hereto.

WHEREFORE, petitioner moves the court for an order appointing Shavon Marie Vestal as guardian ad litem for Jadin Makai Vestal for the purpose of bringing action against the above named defendants on the claim hereinabove stated.

Dated: February 3, 2009

Don A. Anderson
Attorney for Petitioner

### CONSENT OF NOMINEE

I, Shavon Marie Vestal, consent to act as guardian ad litem for the minor, Jadin Makai Vestal, in the above action.

Dated: February 3, 2009

Shavon Marie Vestal

## ORDER

The petition for an order appointing Shavon Marie Vestal as guardian ad litem is GRANTED.

- IT IS SO ORDERED.

Dated: Feb. 12, 2009

_____
United States District Judge