1  Bruce D. Praet SBN 119430
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705
   (714) 953-5300  telephone
4  (714) 953-1143 facsimile
   bpraet@aol.com
5
6  Attorneys for Defendants
7
8              UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10
   SHAVON MARIE VESTAL,              )  Case No.: CV09-0505 CRB
11 Individually and as successor-in- )
   interest to the Estate of DAVID   )  **[PROPOSED] ORDER**
12 VESTAL, and as Guardian ad litem of )  **CONTINUING CASE**
   the minor JADIN MAKAI VESTAL,     )  **MANAGEMENT CONFERENCE**
13 and SEAN PAUL BREMER,             )  **DUE TO PENDING**
                                     )  **SETTLEMENT**
14              Plaintiffs,           )
                                     )
15     vs.                           )
                                     )  **DATE: May 29, 2009**
16 CITY OF CLEAR LAKE, CITY OF       )  **TIME:  8:30 a.m.**
   CLEAR LAKE POLICE                 )  **CTRM: 8**
17 DEPARTMENT, ALLAN McCLAIN,        )
   in his capacity as Clear Lake Police )
18 Department's Police Chief, OFFICER )
   MICHAEL HANSEN, and DOES          )
19 1through 50, inclusive,           )
                                     )
20              Defendants.           )
21
22        GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED
23 that the Case Management Conference scheduled for May 29, 2009, is continued
24
25 to _____July 31__, 2009, at _8:30 a.m._.
26 DATED: May 27, 2009
27                                          United States
28

                                1                    Case No.: CV09-0505 CRB