1  Don A. Anderson  SBN 141947
   Attorney at Law
2  485 North Main Street
   Lakeport, CA  95453
3  (707) 263-1775

4  Attorney for Plaintiffs

RECEIVED

OCT 27 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAVON MARIE VESTAL Individually and as successor-in-interest to the Estate of DAVID VESTAL and as Guardian ad litem of the minor JADIN MAKAI VESTAL, and SEAN PAUL BREMER,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF CLEAR LAKE, CITY OF CLEAR LAKE POLICE DEPARTMENT, ALLAN McCLAIN, in his capacity as Clear Lake Police Department's police Chief, OFFICER MICHAEL HANSEN, and DOES 1 through 50 inclusive.<br><br>Defendants. | CASE NUMBER  CV 09 0505 CRB<br><br>[PROPOSED] ORDER FOR DISMISSAL |

The parties having entered into a written settlement agreement and the court having signed an Order Approving Settlement on August 17, 2009, this case shall be dismissed with prejudice.

October 29, 2009

_____
Charles R. Breyer
United States District

IT IS SO ORDERED
[signature]
Judge Charles R. Breyer

1